*tor General Jackson* and *Messrs. Sewall Key* and *Harry Marselli* for respondent.

No. 167. CORRIGAN *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. J. Nelson Anderson* for petitioner. *Solicitor General Jackson* and *Messrs. Sewall Key* and *Harry Marselli* for respondent.

No. 168. R. L. BLAFFER & Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Walter E. Barton* for petitioner. *Assistant Solicitor General Bell* and *Messrs. Sewall Key, Berryman Green,* and *Warner W. Gardner* for respondent.

No. 171. BODINE *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. W. R. Spofford* and *Schofield Andrews* for petitioner. *Solicitor General Jackson* and *Messrs. Sewall Key, Arnold Raum,* and *Joseph M. Jones* for respondent.

No. 172. RENNER COMPANY *v.* McNEFF BROTHERS. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Norman A. Emery* for petitioner. *Messrs. James R. Garfield* and *Clare M. Vrooman* for respondent.